UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS COLLINS, SUZANNE COLLINS, DAVID BUTLER, and LUCIA BOTT, *on behalf of themselves and all others similarly situated*, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) No. 4:22-CV-129 RLW |
| v. | )<br>) |
| METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of today's date, and incorporated herein,

**IT IS HEREBY ORDERED** that all claims against Defendant Metropolitan Life Insurance Company are **DISMISSED with prejudice** pursuant to the filed-rate doctrine. In the alternative, Plaintiffs' claims against Defendant Metropolitan Life Insurance Company that are directed at policies governed by Missouri law are **DISMISSED without prejudice** for failure to exhaust administrative remedies.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  3rd   day of February 2023.